UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINANNE MARIE TURNER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  2:21-cv-02246-JDP (SS)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING E-SERVICE<br><br>ECF No. 2 |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis* and has submitted the affidavit required thereunder that demonstrates that plaintiff is unable to prepay fees and costs or give security for them. ECF No. 2. The court will therefore grant plaintiff's motion to proceed *in forma pauperis* and direct e-service of the complaint.

Accordingly:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is granted.

2. The Clerk of the Court is directed to issue a summons for this case.

3. In an action for judicial review filed by a single plaintiff solely against the Commissioner of Social Security Administration (defendant) that raises claims pursuant to 42 U.S.C. § 405(g) only, service on defendant shall proceed under the Court's E-Service program as

follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

    4.  This case is stayed under General Order 615 until defendant files a copy of the administrative record.  The filing of the administrative record will be deemed an answer to the complaint.

IT IS SO ORDERED.

Dated:   December 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE