1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINANNE MARIE TURNER, ) | CIVIL NO. 2:21-cv-02246-JDP (SS) |
| Plaintiff, ) | |
| v. ) | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | ECF No. 10 |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

/ / /

1

1 | Respectfully submitted this March 28, 2022.

3 | DATED:  March 28, 2022          /s/  *Cyrus Safa**
                                    (*as authorized via e-mail on March 25, 2022)
                                    CYRUS SAFA
                                    Attorney for Plaintiff

6 | DATED: March 28, 2022           PHILIP. A. TALBERT
                                    United States Attorney
                                    PETER K. THOMPSON
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                              By:   /s/  *Mary Tsai*
                                    MARY TSAI
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, ECF No. 10, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will further remand the case to an administrative law judge for a new decision.

IT IS SO ORDERED.

Dated:   March 28, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE